| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2016** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>HEARTFIELD, THAD | 2. Court or Organization<br><br>U.S.D.C. - TEXAS EASTERN | 3. Date of Report<br><br>10/12/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>DISTRICT COURT JUDGE - SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑  Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>300 WILLOW STREET, RM. 212<br>BEAUMONT, TEXAS 77701 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 10/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HEARTFIELD, THAD** | 10/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 10/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American General Life Services Co LLC | A | Interest | J | T | | | | | |
| 2. American General Life Services Co LLC | A | Interest | J | T | | | | | |
| 3. Wells Fargo, Checking | A | Interest | M | T | | | | | |
| 4. Wells Fargo, Checking | A | Interest | L | T | | | | | |
| 5. Wells Fargo, Checking | A | Interest | K | T | | | | | |
| 6. Enterprise Crude Oil LLC | | None | J | T | | | | | |
| 7. Loan | E | Interest | M | U | | | | | Craig S & Shannon Adlong |
| 8. NGL Energy Partners LP (X) | A | Royalty | J | T | | | | | |
| 9. First River Midstreat LLC (X) | B | Royalty | J | T | | | | | |
| 10. UBS RMA Money Market | A | Interest | M | T | | | | | |
| 11. UBS RMA Money Market | A | Interest | J | T | | | | | |
| 12. Adient PLC | A | Dividend | J | T | Spinoff (from line 19) | 10/31/16 | J | | |
| 13. Apple Inc | A | Dividend | J | T | Buy | 11/11/16 | J | | |
| 14. Boeing Co | A | Dividend | | | Sold | 09/13/16 | J | A | |
| 15. California Resources | A | Dividend | | | Sold | 10/04/16 | J | A | |
| 16. Coca Cola Co | A | Dividend | J | T | | | | | |
| 17. Colgate Palmolive Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CSX Corp | A | Dividend | J | T | | | | | |
| 19. Johnson Controls Inc | A | Dividend | | | Sold | 09/06/16 | J | A | |
| 20. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 21. Freeport McMoran Inc | A | Dividend | J | T | Buy | 11/09/16 | J | | |
| 22. Home Depot Inc | A | Dividend | J | T | | | | | |
| 23. Illinois Tool Works Inc | A | Dividend | | | Sold | 01/19/16 | J | A | |
| 24. Intel Corp | A | Dividend | J | T | | | | | |
| 25. Johnson Controls Int'l PLC | A | Dividend | J | T | Buy | 09/06/16 | J | | |
| 26. Johnson & Johnson Co | A | Dividend | J | T | | | | | |
| 27. Mobileye NV | | None | | | Buy | 05/25/16 | J | | |
| 28. Medtronic Inc | A | Dividend | J | T | | | | | |
| 29. Microsoft Corp | A | Dividend | J | T | | | | | |
| 30. Nextera Energy Inc. | A | Dividend | J | T | | | | | |
| 31. Nordstrom Inc. | A | Dividend | | | Sold | 05/25/16 | J | A | |
| 32. Occidental Petroleum | | None | | | Sold | 01/19/16 | J | A | |
| 33. Pepsico Inc. | A | Dividend | J | T | | | | | |
| 34. Southwest Airlines | A | Dividend | | | Sold | 10/04/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 10/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Stanley Black & Decker Inc | A | Dividend | J | T | | | | | |
| 36. Texas Instruments | A | Dividend | J | T | | | | | |
| 37. Union Pacific Corp | A | Dividend | | | Sold | 06/20/16 | J | A | |
| 38. United Parcel Service Inc | A | Dividend | J | T | | | | | |
| 39. United Technologies Corp | A | Dividend | J | T | | | | | |
| 40. VF Corp | A | Dividend | | | Sold | 05/25/16 | J | A | |
| 41. Mobileye NV | | None | | | Sold | 07/26/16 | J | A | |
| 42. UBS #1 Money Market | A | Interest | M | T | | | | | |
| 43. Merck & Co Inc. New | A | Dividend | J | T | Buy | 06/20/16 | J | | |
| 44. WPCarey Inc REIT | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 45. Vanguard REIT ETF | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 46. Ishares TIPS Bond ETF | B | Interest | L | T | | | | | |
| 47. Oppenheimer Strategic Inc | C | Dividend | K | T | | | | | |
| 48. Federated Bond Fund | C | Dividend | M | T | | | | | |
| 49. American Fund Balanced Fund | C | Dividend | M | T | Buy | 01/19/16 | M | | |
| 50. American Funds High Income | A | Dividend | | | Sold | 01/19/16 | M | A | |
| 51. Franklin Templeton Global Bond | A | Dividend | | | Sold | 09/13/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 10/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Lord Abbett Short Duration Fund | B | Dividend | K | T | | | | | |
| 53. Pimco Low Duration Fund | A | Dividend | | | Sold | 04/08/16 | M | | |
| 54. Pioneer Strategic Income | B | Dividend | K | T | | | | | |
| 55. Goldman Sachs BK 3.75 2/4/16 | A | Interest | | | Redeemed | 02/04/16 | K | A | |
| 56. Unts AAM Dial High Income #39 | A | Interest | J | T | | | | | |
| 57. Unts AAM Dial High Income #55 | B | Interest | K | T | | | | | |
| 58. Bristol Myers Squibb Co | A | Dividend | | | Buy | 06/24/16 | J | | |
| 59. Bristol Myers Squibb Co | | None | | | Sold | 10/10/16 | J | A | |
| 60. Broadcom Ltd | | None | | | Buy | 09/13/16 | K | | |
| 61. Bond Fund of America | A | Dividend | J | T | | | | | |
| 62. Broadcom Ltd | | None | | | Sold | 11/01/16 | K | A | |
| 63. Ingredion Inc | | None | | | Buy | 08/03/16 | J | | |
| 64. Ingredion Inc | | None | | | Sold | 11/01/16 | J | A | |
| 65. NVDIA Corp | | None | | | Buy | 08/03/16 | J | | |
| 66. NVDIA Corp | | None | | | Sold | 11/01/16 | J | B | |
| 67. United States Steel Corp | | None | | | Buy | 09/22/16 | J | | |
| 68. United States Steel Corp | | None | | | Sold | 11/01/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 10/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. HTF Amer Grth Fund | | None | L | T | | | | | |
| 70. HTF Amer Growth & Income | | None | L | T | | | | | |
| 71. HTF Amer Global Growth | | None | L | T | | | | | |
| 72. HTF Franklin Mutual Shares | | None | L | T | | | | | |
| 73. Jackson Blackrock Natl Resources | | None | K | T | | | | | |
| 74. Jackson Mellon Cap JNL 5 | | None | K | T | | | | | |
| 75. Jackson Franklin Temp Global Grth | | None | K | T | | | | | |
| 76. Jackson FPA & DL Flex Alloc | | None | K | T | | | | | |
| 77. Jackson Oppenheimer Glbl Grth | | None | K | T | | | | | |
| 78. Jackson Invesco Glbl Real Estate | | None | K | T | | | | | |
| 79. Jackson American Intl | | None | K | T | | | | | |
| 80. Jackson Mellon Oil & Gas Sector | | None | J | T | | | | | |
| 81. Jackson Invesco Mid Cap Value | | None | J | T | | | | | |
| 82. Jackson Multi Mgr Small Cap Grth | | None | J | T | | | | | |
| 83. UBS #3 Money Market | A | Interest | J | T | | | | | |
| 84. HTF Amer Growth & Income | | None | K | T | | | | | |
| 85. HTF Amer Growth | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HEARTFIELD, THAD | 10/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | HTF Amer Global Growth | | None | K | T | | | | | |
| 87. | HTF Franklin Mutual Shares | | None | K | T | | | | | |
| 88. | Weslaco TX ISD 4.5% due 2/15/2025 | A | Interest | | | Redeemed | 02/16/16 | K | A | |
| 89. | Texas State Water Finl 5.0% due 8/1/18 | B | Interest | K | T | | | | | |
| 90. | ML Bank Deposit Program | A | Interest | K | T | | | | | |
| 91. | Powershares ETF | B | Dividend | K | T | | | | | |
| 92. | Eaton Vance Floating Rate Trust | B | Dividend | K | T | | | | | |
| 93. | Harlandale TX ISD PRF 4.75% due 8/15/36 | B | Interest | | | Redeemed | 08/15/16 | K | A | |
| 94. | Harlandale TX ISD RPF unrefunded 4.75% due 8/15/36 | B | Interest | | | Redeemed | 08/15/16 | K | A | |
| 95. | Alabama State Public Schools 2.5% due 3/1/24 | B | Interest | L | T | | | | | |
| 96. | Texas Water Developmt Board 5.0% due 7/15/21 | C | Interest | M | T | | | | | |
| 97. | Univ of North Texas Revenue 5.0% due 4/15/24 | B | Interest | K | T | | | | | |
| 98. | Nuveen Ins Qual Muni | A | Dividend | K | T | | 04/12/16 | K | A | |
| 99. | Nuveen Ins Tax Free Advantage Muni Fund | B | Dividend | K | T | | 04/12/16 | K | | |
| 100. | Nuveen Ins Muni Opportunity | A | Dividend | K | T | | | | | |
| 101. | Halcon Resources Operating Co. (Y) | | | | | | | | | |
| 102. | Three Forks Resources (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HEARTFIELD, THAD | 10/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

Line 89 was exchanged into Line 90 with no financial implication, ie., there was no gain on this exchange.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ THAD HEARTFIELD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544